# United States District Court
## Southern District of Georgia

DEREK BROWN

Plaintiff

v.

MORAN TOWING CORPORATION and JOHN DOE

Defendant

Case No. 4:19-cv-00206-RSB-CLR

Appearing on behalf of
Defendant, MORAN TOWING CORP.
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 4th day of November, 2019.

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | James L. D'Andrea |
| Business Address: | Milton, Leach, Whitman, D'Andrea & Eslinger P.A. |
| | Firm/Business Name |
| | 3127 Atlantic Boulevard |
| | Street Address |
| | Jacksonville, FL 32207 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 904-346-3800 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | Jdandrea@miltonleach.com |