# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DEREK BROWN; and DOLPHIN MAGIC TOURS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MORAN TOWING CORPORATION; and JOHN DOE, <br><br> Defendants. | CIVIL ACTION NO.: 4:19-cv-206 |

## O R D E R

Presently before the Court is the parties' Amended Stipulation of Dismissal. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action with prejudice and **TERMINATES** all motions and deadlines. The Clerk of Court shall **CLOSE** this case.

**SO ORDERED**, this 24th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA